**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN District of GEORGIA
(State)

Case number (If known): _____ Chapter 7

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**    SED INTERNATIONAL HOLDINGS, INC.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   __ __ - __ __ __ 5 4 4 4
   EIN

5. **Debtor's address**

   **Principal place of business**

   2150 Cedars Road
   Number    Street

   Suite 200

   Lawrenceville         GA    30043
   City                  State  ZIP Code

   Gwinnett
   County

   **Mailing address, if different**

   _____
   Number    Street

   _____
   P.O. Box

   _____   _____   _____
   City         State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____   _____   _____
   City         State    ZIP Code

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

Debtor  SED International Holdings, Inc.    Case number (if known)_____
       Name

### 6. Debtor's website (URL) _____

### 7. Type of debtor
- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

### 8. Type of debtor's business

Check one:
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the types of business listed.
- ☐ Unknown type of business.

### 9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?

- ☒ No
- ☐ Yes. Debtor _____ Relationship _____
       District _____ Date filed _____ Case number, if known _____
                                       MM / DD / YYYY

       Debtor _____ Relationship _____
       District _____ Date filed _____ Case number, if known _____
                                       MM / DD / YYYY

## Part 3: Report About the Case

### 10. Venue

Check one:
- ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

### 11. Allegations

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

- ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

### 12. Has there been a transfer of any claim against the debtor by or to any petitioner?

- ☒ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205    Involuntary Petition Against a Non-Individual    page 2

Debtor _____    Case number *(if known)* _____
         Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Hill, Kertscher & Wharton, LLP | Judgment | $ 97,199.00 |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $ 97,199.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:  Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Hill, Kertscher & Wharton, LLP
Name

Suite 800, 3350 Riverwood Parkway
Number   Street

Atlanta            GA         30339
City               State      ZIP Code

Name and mailing address of petitioner's representative, if any

Douglas R. Kertscher
Name

Suite 800, 3350 Riverwood Parkway
Number   Street

Atlanta            GA         30339
City               State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2/23/16
             MM / DD / YYYY

X  *(signature)*
Signature of petitioner or representative, including representative's title

**Attorneys**

James C. Morton
Printed name

Suite 1350, Two Midtown Plaza
Firm name, if any

1349 West Peachtree Street
Number   Street

Atlanta            GA         30309
City               State      ZIP Code

Contact phone  (404) 966-5133   Email  jcm-law@concast.net

Bar number  526025

State  Georgia

X  *(signature)*
Signature of attorney

Date signed  02/23/2016
             MM / DD / YYYY

Official Form 205        Involuntary Petition Against a Non-Individual        page 3

Debtor __SED International Holdings, Inc._____     Case number (if known)_____
      Name

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____  _____  _____
City                State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____  _____  _____
City                State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM  / DD  / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____  _____  _____
City                          State       ZIP Code

Contact phone _____  Email _____

Bar number   _____

State        _____

✘ _____
Signature of attorney

Date signed  _____
            MM  / DD  / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____  _____  _____
City                State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____  _____  _____
City                State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM  / DD  / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____  _____  _____
City                          State       ZIP Code

Contact phone _____  Email _____

Bar number   _____

State        _____

✘ _____
Signature of attorney

Date signed  _____
            MM  / DD  / YYYY