# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 16-53376-wlh |
| SED INTERNATIONAL HOLDINGS, ) | |
| INC., ) | CHAPTER 7 |
| ) | |
| Debtor. ) | INVOLUNTARY PROCEEDING |
| _____ ) | |

## ANSWER TO INVOLUNTARY PETITION

COMES NOW SED International Holdings, Inc. ("SED"), and files its Answer to the Involuntary Petition [Doc. No. 1, 12] (the "Involuntary Petition"), respectfully showing the Court as follows:

Answering the numbered allegations of the Involuntary Petition, the Alleged Debtor responds as follows:

1. Denied.

2. Admitted.

3. Admitted.

## RELIEF REQUESTED

Pursuant to 11 U.S.C. § 303(i), SED requests the Court to award SED its costs, attorneys' fees, actual damages, and punitive damages, if appropriate, for the Petitioning Creditors filing this Involuntary Petition. *See General Trading Corp. v. Yale Materials Handling Corp.*, 119 F.3d 1485, 1501 (11th Cir. 1997) (bad faith has been found to exist "when a creditor's actions amount to an improper use of the Bankruptcy Code as a substitute for customary collection procedures.")

WHEREFORE, the Alleged Debtor prays that the Involuntary Petition be dismissed.

Respectfully submitted this 6th day of May 2016.

          By:    */s/ John F. Isbell*
                 John F. Isbell
                 Georgia Bar No. 384883
                 **THOMPSON HINE LLP**
                 Two Alliance Center
                 3560 Lenox Road, Suite 1600
                 Atlanta, Georgia 30326
                 Phone: 404.541.2900
                 Fax:    404.541.2905
                 *john.isbell@thompsonhine.com*

                 *Attorneys for Debtor*

## **CERTIFICATE OF SERVICE**

I hereby certify that I this day electronically filed the foregoing ANSWER TO INVOLUNTARY PETITION with the Clerk of Court using the CM/ECF system which will provide automatic notification of such filing to the following counsel of record:

James C. Morton
Two Midtown Plaza, Suite 1350
1349 West Peachtree Street
Atlanta, Georgia 30309

Scott Stevens, Esq
Howe and Associates
4385 Kimball Bridge Road, Suite 100
Alpharetta, Georgia 30022

and further certify that a true and correct copy was deposited in the U.S. First Class Mail with adequate postage affixed thereon to ensure proper delivery and addressed to the following:

Sarah Muhlstock
Brother International Corp.
200 Crossing Boulevard
Bridgewater, New Jersey 08807

Douglas R. Kertscher
Hill, Kertscher & Wharton, LLP
3350 Riverwood Parkway, Suite 800
Atlanta, Georgia 30339

Alan Rothman
10 Mullarky Drive
West Orange, New Jersey 07052

This 6th day of May 2016.

/s/ John F. Isbell
John F. Isbell
Georgia Bar No. 384883